## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

**JAMES SUH and HWANA SUH individually and as named parents of decedent Nathan Suh.,**

**Plaintiffs**

**v.**

**MICHAEL J. PANZARELLA and NEREID, INC. a Georgia Corporation**

**Defendants**

---

### NOTICE OF REMOVAL

---

Defendants, Michael J. Panzarella and Nereid, Inc. ("Defendants"), through their attorneys, Lasater & Martin, P.C., submit the following Notice of Removal of this matter to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof, state as follows:

1.      The undersigned counsel for Defendants conferred with counsel for the Plaintiffs. Plaintiffs' counsel objects to removal of this action to the United States District Court for the District of Colorado.

2.      Plaintiff filed its Complaint, styled *James Suh and Hwana Suh , individually and as natural parents of decedent Nathan Suh v. Michael Panzarella and Nereid, Inc., a Georgia Corporation,* Case No. 08CV7439 in the Denver City and County District Court, State of Colorado on August 22, 2008.

3.      Plaintiffs' lawsuit involves claims for wrongful death and negligence.

4.     Plaintiff served Defendants on August 29, 2008.

5.     Generally, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. § 1441(a).  If a defendant desires to remove a case to the District Court, a request to do so must be made within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  28 U.S.C. § 1446(a).

6.     The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 § 1332(a)(1).

7.     Plaintiffs are citizens of the State of Colorado.  Defendant Panzarella is a citizen of the State of Arizona.  Defendant Nereid is a Georgia Corporation, with its principal place of business in Livermore, CA. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as stated in the civil cover sheet accompanying Plaintiffs' complaint.  A copy of the civil cover sheet is attached as **Exhibit A** for the Court's review.  Further, attached as **Exhibit B** is an email from Plaintiffs' counsel showing the last demand on Defendants as $750,000, which is ten times the amount in controversy requirement.  Thus, all requirements to establish complete diversity of parties are satisfied.

8.     This Notice of Removal is filed within 30 days of Defendants' receipt of Plaintiff's complaint through service of process.  Accordingly, Defendants have satisfied all requirements for removal as set forth in 28 U.S.C. 1446(b).

9.      Pursuant to 28 U.S.C. § 1446(d) and D.C. Colo. L.R. 81.1, this Notice of Removal has been sent to all other parties in this action and has been filed with the Denver City and County District Court Clerk's office. As required, three copies of all pleadings, motions and other papers in the action are submitted with this Notice.

WHEREFORE, Defendants respectfully requests that the United States District Court for the District of Colorado accept this Notice of Removal, assume jurisdiction of this matter, and issue such further orders as may be necessary.

Respectfully submitted this 29th day of September, 2008

Respectfully submitted,

LASATER & MARTIN, P.C.

By:      _s/ J. Scott Lasater_
J. Scott Lasater
Daniel R. Coombe
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO 80129
Telephone: 303-730-3900
Facsimile: 303-730-3939
Scott@LasaterandMartin.com
Dan@LasaterandMartin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of September, 2008, a true and correct copy of **NOTICE OF REMOVAL** was served, via U.S. Mail and ECF (Pacer), on the following:

*Bradley A. Levin, Esq.*
*Jeremy A. Sitcoff, Esq.*
*Roberts Levin Rosenberg, P.C.*
*1600 Wynkoop, Suite 800*
*Denver, CO 80202*
*Attorneys for Plaintiffs.*

 *s/ Robbe Dominique*
Robbe Dominique