**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02108-LTB-BNB

JAMES SUH and
HWANA SUH individually and as named parents of decedent Nathan Suh,

      Plaintiffs,

v.

MICHAEL J. PANZARELLA and
NEREID, INC., a Georgia corporation,

      Defendants.

_____

**ORDER**
_____

Upon Defendants' Unopposed Motion to Remand (Doc 4 - filed October 21, 2008), it is

ORDERED that the Motion is GRANTED and this matter is remanded to the District Court for the City and County of Denver, State of Colorado.

                                   BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   October 22, 2008