

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

October 23, 2008

Denver District Court  
Sabra Millett, Clerk of Court  
1437 Bannock  
Room 256  
Denver, CO 80202

Civil Case No.   08-cv-02108-LTB-BNB

JAMES SUH and  
HWANA SUH individually and as named parents of decedent Nathan Suh,  
Plaintifffs,  
v.  
MICHAEL J. PANZARELLA and  
NEREID, INC., a Georgia corporation,  
Defendants.

Dear Clerk:

    Enclosed are all the documents filed in the above-captioned case, which has been remanded to your court per order of Judge Lewis T. Babcock, United States District Judge.

    Certified copies of the Order and Docket Sheet are also enclosed.

Yours very truly,

GREGORY C. LANGHAM, CLERK

      s/Deborah Hansen  
By:   Deborah Hansen  
      Deputy Clerk